E-FILED
Wednesday, 22 September, 2004 03:18:43 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

RADIAN COMMUNICATION SERVICES, INC.,

    Plaintiff,

v.

MICHAEL LANDA, d/b/a LANDA AND ASSOCIATES,

    Defendant.

Civil Action No. 04-1197

Judge Mihm

## JOINT REPORT OF THE PARTIES PURSUANT TO FED. R. CIV. P. 26(f)

Pursuant to FED. R. CIV. P. 26(f), Plaintiff, Radian Communication Services Corp. and Defendant, Michael Landa, jointly submit this Report to the Court.

Counsel for the parties, William E. Gallagher for Plaintiff, and O. Yale Lewis, Jr. for Defendant, conferred by telephone pursuant to Rule 26(f) on September 8, 2004.

1.    The parties propose that no changes be made to the timing, form or requirement for disclosures under FED. R. CIV. P. 26(a). The parties agree that initial disclosures required by FED. R. CIV. P. 26(a)(1) will be made and exchanged by the parties on or before September 22, 2004.

2.    Without waiving their rights to object to requests for discovery that are not reasonably calculated to lead to the discovery of admissible evidence, requests that seek information protected by an applicable privilege or immunity, or other proper ground for objection to discovery requests, the parties currently do not anticipate seeking discovery that either party would consider unusual in view of the claims and defenses alleged in this action. The parties do not anticipate a request that discovery be bifurcated or limited to particular issues.

{56933.DOC}

3. (a) The parties currently do not seek any changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure or by local rules of this Court, provided, however, that the parties do not waive, and wish to reserve, their right to move for relief from any such limitations as the need may arise.

(b) The parties agree and propose that the period for discovery commence September 8, 2004, and end March 31, 2005, without prejudice to their right to seek discovery beyond that date pursuant to relief granted by the Court on any motions, filed on or before March 31, 2005, to compel discovery responses.

(c) The parties agree and propose that expert reports on matters on which the proponents bear the burden of proof shall be due on or before March 31, 2005, and expert rebuttal reports shall be due on or before April 30, 2005.

(d) The parties agree and propose that the period for expert depositions commence May 1, 2005, and end May 31, 2005, without prejudice to their right to seek expert discovery beyond that date pursuant to relief granted by the Court on any motions, filed on or before May 31, 2005, to compel discovery responses.

4. (a) The parties agree that an Order of the Court providing protection for the confidentiality of, and against the misuse of, confidential business information and trade secrets, whose disclosure may be requested in discovery, may be appropriate and therefore requested. The parties agree to negotiate the terms of any such proposed Order to this effect in good faith and to jointly move for entry of such proposed Order by the Court with all reasonable promptness after the need should arise for either party, so as not to delay discovery.

(b) The parties agree that each will prepare and deliver to lead counsel for the other true, correct, complete and accurate copies of documents and things produced pursuant to

requests for production of documents and their respective responses thereto, with no charges for photocopying or other reproduction, or courier services.

(c) The parties agree that they may make amendments to the pleadings, if any, on or before December 31, 2004, without prejudice to their right to move the Court for leave to amend thereafter pursuant to applicable law and the Federal Rules of Civil Procedure.

(d) The parties agree that they may join, or move for joinder of, additional parties, if any, on or before December 31, 2004, without prejudice to their right to move the Court for leave to join, or move for the joinder of, additional parties thereafter pursuant to applicable law and the Federal Rules of Civil Procedure.

(e) The parties agree that dispositive motions (including but not limited to motions for summary judgment), if any, shall be filed on or before June 30, 2005, with dates for responses and replies as set by the Local Rules of this Court.

Dated this __22nd__ day of September, 2004.

Respectfully submitted,

| | |
|---|---|
| ___s/ William E. Gallagher_____ | _____s/ Stephen M. Buck_____ |
| William E. Gallagher, Lead Counsel for Plaintiff | Stephen M. Buck, Lead Counsel for Defendant |
| Frost Brown Todd LLC | Husch & Eppenberger, LLC |
| 2200 PNC Center | 401 Main Street |
| 201 East Fifth Street | Suite 1400 |
| Cincinnati, OH  45202 | Peoria, IL  60602 |
| (513) 651-6800 telephone | (309) 497-3209 telephone |
| (513) 651-6981 facsimile | (309) 637-4928 facsimile |
| wgallagher@fbtlaw.com | stephen.buck@Husch.com |

Timothy L. Bertschy #199931
Gregory J. Rastatter #06280965
Heyl Royster Voelker & Allen
Bank One Building
Suite 600
124 S.W. Adams Street
Peoria, IL  60602
(309) 676-0400 telephone
(309) 676-3374 facsimile
tbertschy@hrva.com
grastatter@hrva.com