IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RADIAN COMMUNICATION SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL LANDA, d/b/a LANDA and ASSOCIATES, <br><br> Defendant. | Case No.   04-1197 |

## CERTIFICATE OF COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 26

Defendant Michael Landa d/b/a Landa & Associates, certifies that it has complied with the requirements of Fed. R. Civ. P. 26(a)(1) on the 21st day of September 2004, by forwarding its Initial Disclosures to Plaintiff Pursuant to Fed.R.Civ.R. 26(a)(1) to counsel for the Plaintiff Radian Communication Services, Inc. upon the following individuals:

>William E. Gallagher, Esq.
>FROST BROWN TODD
>201 East Fifth Street, Suite 2200
>Cincinnati, OH  45202
>
>Timothy L. Bertschy, Esq.
>Gregory J. Rastatter, Esq.
>Heyl, Royster, Voelker & Allen
>124 S.W. Adams, Suite 600
>Peoria, IL  61602

0169473.01

                    Michael Landa, d/b/a Landa and Associates, Defendant,

                    BY:   s/ Stephen M. Buck
                              Stephen M. Buck

STEPHEN M. BUCK
HUSCH & EPPENBERGER, LLC
401 Main Street, Suite 1400
Peoria, Illinois 61602
Telephone: (309) 637-4900
FAX: (309) 637-4928

---

## CERTIFICATE OF SERVICE

I certify that on September 22, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy L. Bertschy**
tbertschy@hrva.com

**Gregory J. Rastatter**
grastatter@hrva.com

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

      William E. Gallagher, Esq.
      FROST BROWN TODD
      201 East Fifth Street, Suite 2200
      Cincinnati, OH 45202

                        s/ Stephen M. Buck