IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RADIAN COMMUNICATION SERVICES, INC. ) ) ) Plaintiff, ) ) vs. ) ) MICHAEL LANDA, ) d/b/a LANDA and ASSOCIATES, ) ) Defendant. ) | Case No. 04-1197 |

## MOTION TO WITHDRAW

Now comes Stephen M. Buck, of the law firm of Husch & Eppenberger, LLC, and for his Motion to Withdraw as counsel for the Defendant, MICHAEL LANDA d/b/a LANDA and ASSOCIATES, states as follows:

1.  Plaintiff filed its Amended Complaint in this matter on July 13, 2004.

2.  On or before July 30, 2004, attorney O. Yale Lewis, Jr. of the law firm of Hendricks & Lewis in Seattle, Washington contacted Stephen M. Buck about serving as local counsel to assist in the defense of Defendant, MICHAEL LANDA d/b/a LANDA and ASSOCIATES in the above captioned lawsuit.

3.  At the time Yale Lewis contacted Stephen Buck, Yale Lewis was not admitted to practice in the Central District of Illinois. As such, at the time the Answer to Amended Complaint was filed, Stephen Buck was designated as Lead Counsel for Defendant and signed the pleadings. At the time of filing the Answer, Yale Lewis advised Stephen Buck that he would seek admission to practice in the Central District, and once his admission was granted, Yale Lewis would be designated as Lead Counsel for the Defendant.

0174322.01

4. Subsequent to the filing of the Answer, Certificate of Interest, and Designation of Lead Counsel, on September 13, 2004, Yale Lewis and Stacia Lay of the firm of Hendricks & Lewis filed Motions for Admission to Practice in the Central District of Illinois. On information and belief, the Motions for Admission were granted but neither Yale Lewis nor Stacia Lay ever returned their executed Oath cards to complete the admission process.

5. As a result of not completing the admission process, neither Yale Lewis nor Stacia Lay of Hendricks & Lewis ever entered their appearance in this matter.

6. At all times Yale Lewis maintained the exclusive contact and interaction with Defendant MICHAEL LANDA, and Stephen Buck had no contact and no discussions with MICHAEL LANDA. Yale Lewis and/or Stacia Lay prepared Defendant's Rule 26 Disclosures in conjunction with Defendant, and also prepared Defendant's Answers to the discovery served on Defendant by Plaintiff. Furthermore, Yale Lewis and Stacia Lay worked directly with counsel for Plaintiff, William E. Gallagher, on agreeing to a case schedule and responding to discovery.

7. On December 15, 2004, Yale Lewis telephoned Stephen Buck and stated that the firm of Hendricks & Lewis had not been paid by Defendant MICHAEL LANDA, and that MICHAEL LANDA had ceased communication with the firm of Hendricks & Lewis. As a result, Yale Lewis stated that he would no longer be representing MICHAEL LANDA. Yale Lewis at that time gave to Stephen Buck the telephone and fax numbers for MICHAEL LANDA.

8. On December 16, 2004, Yale Lewis sent a letter to counsel for Plaintiff, William E. Gallagher, advising Mr. Gallagher that the firm of Hendricks & Lewis would no longer be representing Defendant LANDA and ASSOCIATES, and would not respond to the discovery

issues pending in the matter. A true and correct copy of that letter is attached hereto as Exhibit A.

9. Also on December 16, 2004, Stephen Buck telephoned the offices of LANDA and ASSOCIATES and left a message for MICHAEL LANDA to telephone him. To date, MICHAEL LANDA has not returned the telephone call.

10. On December 21, 2004, Stephen Buck faxed to MICHAEL LANDA a letter advising that he needed to speak with him immediately regarding continued representation in the matter and about pending discovery issues. In said letter, Stephen Buck advised MICHAEL LANDA that he would file a Motion to Withdraw if he was not contacted by MICHAEL LANDA by noon on December 23, 2004. To date, MICHAEL LANDA has not telephoned Stephen Buck. A true and correct copy of the letter sent to MICHAEL LANDA by Stephen Buck is attached hereto as Exhibit B.

11. On December 22, 2004, at about 11:15 am, Stephen Buck again telephoned MICHAEL LANDA at his office. No one answered the phone at the offices of LANDA and ASSOCIATES on the morning of December 22, 2004. Stephen Buck then telephoned MICHAEL LANDA on his mobile phone number on December 22, 2004, and left him a voice mail message that he needed to contact him immediately, and that if he did not hear from MICHAEL LANDA he would file a Motion to Withdraw. To date, MICHAEL LANDA has not responded to the phone calls of Stephen Buck.

12. Stephen Buck was retained to serve as local counsel for Defendant MICHAEL LANDA by O. Yale Lewis, and to this point has had no direct contact with MICHAEL LANDA at any point in the proceeding. Yale Lewis has now ceased representation of MICHAEL LANDA, and Stephen Buck has been unable to contact or speak with MICHAEL LANDA

despite repeated attempts. Given MICHAEL LANDA's failure to respond or return phone calls, Stephen Buck cannot represent or defend MICHAEL LANDA in this action.

13.  A copy of this Motion to Withdraw is being sent certified mail to the last known address for Defendant addressed as follows:  Mr. Michael Landa, Landa & Associates, Inc., 24728 47th Avenue Northeast, Arlington, WA  98223-7201.

WHEREFORE, Stephen M. Buck, respectfully requests this Court to grant his Motion to Withdraw as counsel for Defendant MICHAEL LANDA d/b/a LANDA and ASSOCIATES, and for such other and further relief as the Court deems just and proper.

        Michael Landa, d/b/a Landa and Associates,
        Defendant,

        BY:   s/ Stephen M. Buck
                Stephen M. Buck

STEPHEN M. BUCK
HUSCH & EPPENBERGER, LLC
401 Main Street, Suite 1400
Peoria, Illinois  61602
Telephone:  (309) 637-4900
FAX:  (309) 637-4928

## CERTIFICATE OF SERVICE

I certify that on December 23, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy L. Bertschy**
tbertschy@hrva.com

**Gregory J. Rastatter**
grastatter@hrva.com

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

>William E. Gallagher, Esq.
>FROST BROWN TODD
>201 East Fifth Street, Suite 2200
>Cincinnati, OH  45202

s/ Stephen M. Buck

0174322.01                                          5