# HENDRICKS & LEWIS

999 THIRD AVENUE, SUITE 2675
SEATTLE, WASHINGTON 98104

telephone (206) 624-1933
facsimile (206) 583-2716
www.hllaw.com

December 16, 2004

William E. Gallagher, Esq.
Frost Brown Todd, LLC
201 East Fifth Street, Suite 2200
Cincinnati, OH 45202

Re: *Radian Communication Services, Inc. v. Landa*, No. 04-1197

Dear Bill:

I am writing to let you know that this office no longer represents Landa & Associates. Consequently, we are no longer in a position to work with you on the discovery issues you raised in your letter shortly before Thanksgiving.

I do not know what, if any, arrangements have been made with Stephen Buck, Defendant's counsel of record.

Best wishes,

HENDRICKS & LEWIS

*Yale Lewis*

O. Yale Lewis, Jr.

By email and regular mail
cc: Stephen M. Buck, Esq. ✓



EXHIBIT A

{58352.DOC}