

401 Main Street, Suite 1400
Peoria, Illinois 61602-1241
309.637.4900
Fax 309.637.4928
www.husch.com

December 21, 2004

**VIA FACSIMILE--(360) 474-8995 & U.S. MAIL**
Mr. Michael Landa
Landa & Associates, Inc.
24728 47th Avenue Northeast
Arlington, WA 98223-7201

RE:   *Radian Communication Services, Inc. v. Landa and Associates*
      Case No. 04-1197 – U.S. District Court - Central District of Illinois

Dear Mr. Landa:

By way of introduction, I was retained by Yale Lewis of Hendricks & Lewis to serve as Local Counsel on behalf of Landa & Associates, Inc. in the above referenced litigation.

As you know, Yale Lewis has now ceased representation of Landa & Associates. Mr. Lewis also informed me last week that you had retained counsel in Illinois to replace the firm of Hendricks & Lewis. To date, your new counsel has not entered an appearance or contacted me. Additionally, I telephoned your office on December 16, 2004 to discuss my continued representation of Landa & Associates with you, but to date you have not returned my phone call.

At present, Landa & Associates is delinquent in responding to outstanding discovery served in this matter. It is my understanding that Mr. Lewis had been trying to contact you to resolve the discovery issues, but was unsuccessful. Presently, the attorney for Radian Communications is preparing a Motion to Compel to file with the district court seeking Landa & Associates's compliance with discovery and likely sanctions. I must respond to counsel for Radian Communications by the end of the day on Wednesday, December 23, 2004.

It is imperative that you contact me immediately to discuss my continued representation of Landa & Associates. If I do not hear from you by noon on Wednesday, December 23, 2004, I will file a Motion to Withdraw from representation in the litigation with Radian Communications. At that point, you will need to retain new counsel in the pending litigation to protect your interests.

Please give me a call to discuss this matter.

Very truly yours,

*[signature]*

Stephen M. Buck

SMB:lm

0174180.01

ST. LOUIS • DOWNTOWN ST. LOUIS • KANSAS CITY • JEFFERSON CITY • SPRINGFIELD • PEORIA
CHATTANOOGA • DOWNTOWN MEMPHIS • EAST MEMPHIS • NASHVILLE

EXHIBIT B

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4847
RECIPIENT ADDRESS     13604748995
DESTINATION ID
ST. TIME              12/21 15:16
TIME USE              00'48
PAGES SENT            2
RESULT                OK
```

# HUSCH & EPPENBERGER, LLC
## ATTORNEYS AT LAW

401 Main Street, Suite 1400
Peoria, Illinois 61602-1241
Telephone: (309) 637-4900
Telefax:  (309) 637-4928

C/M# 77043-1

| | |
|---|---|
| TO: | Michael Landa |
| COMPANY: | Landa & Associates, Inc. |
| FAX NO.: | (360) 474-8995 |
| FROM: | Steve Buck |
| DATE: | December 21, 2004 |

**TOTAL NUMBER OF PAGES INCLUDING THIS COVER SHEET:   2**

**MESSAGE:**

This facsimile contains CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended ONLY for the use of the Addressee(s) named above. If you are NOT the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

IF YOU EXPERIENCE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CONTACT THE OPERATOR BELOW AT 309-637-4900, EXT. 3225.

OPERATOR: