IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RADIAN COMMUNICATION SERVICES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 04 1197 |
| MICHAEL LANDA, ) | |
| d/b/a LANDA and ASSOCIATES, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF FILING MOTION TO AMEND COMPLAINT

The undersigned certifies that a copy of Plaintiff's Motion to Amend Complaint filed December 28, 2004, has been served upon the parties of record herein and/or their attorneys of record to the above cause by enclosing same in an envelope with postage prepaid, and depositing same in the United States Mail in Peoria, Illinois the 28th day of December, 2004.

RADIAN COMMUNICATION SERVICES, INC.

BY:  s/Gregory J. Rastatter
HEYL, ROYSTER, VOELKER & ALLEN
Timothy L. Bertschy
#199931
Gregory J. Rastatter
#06280965

William E. Gallagher
Frost Brown Todd
201 East Fifth Street, Suite 2200
Cincinnati, OH 45202

TLB/swe
G:\29\P3429\P3429NOT 002 Notice of Filing Mtn to Amend Complaint 122804.wpd

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400