**E-FILED**
Tuesday, 18 January, 2005 03:53:15 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

RADIAN COMMUNICATION SERVICES, INC., )
                                         )
     Plaintiff,                         ) Case No. 04-1197
                                         )
                   v.                    )
                                       ) Judge Mihm
MICHAEL LANDA, d/b/a LANDA AND     )
ASSOCIATES,                        )
                                       )
     Defendant.                     )

### PLAINTIFF'S MOTION TO COMPEL
### DISCOVERY RESPONSE FROM DEFENDANT
### AND FOR RELIEF FROM DELAY CAUSED BY DEFENDANT

Plaintiff, Radian Communication Services, Inc. (hereinafter, "Plaintiff" or "Radian"), by its attorneys, William E. Gallagher of Frost Brown Todd LLC, and Timothy L. Bertschy and Gregory J. Rastatter of Heyl, Royster, Voelker & Allen, based upon the reasons and authorities cited in the accompanying Memorandum in Support hereof, hereby moves the Court for an Order (A) compelling Defendant to supplement his responses to Plaintiff's First Combined Set of Interrogatories and Requests for Production of Documents, and thereafter, (B) make himself available for a deposition on a date certain, and (C) extending the period for fact discovery by 30 days. The Certification of William E. Gallagher Pursuant to Fed. R. Civ. P. 37(a)(2)(A) is attached hereto as Exhibit A.

### A.    WRITTEN DISCOVERY

1.    On September 24, 2004, Plaintiff served Defendant with Plaintiff's First Combined Set Of Interrogatories And Requests For Production Of Documents ("Plaintiff's First

Discovery"). A true and correct copy of Plaintiff's First Discovery is attached hereto as
Exhibit B.

2.      On or about November 10, 2004, Plaintiff received Defendant's Objections And
Responses To Plaintiff's First Combined Set Of Interrogatories And Requests For Production Of
Documents ("Defendant's Response"). A true and correct copy of Defendant's Response is
attached hereto as Exhibit C.

3.      Defendant's Response is incomplete, insufficient and unresponsive in a number of
respects set forth in detail in the accompanying Memorandum in Support hereof, and
accompanying Exhibit D, and obstructs, delays and prejudices Plaintiff's ability and right to take
discovery of relevant information that Plaintiff needs to prepare and assess its case.

4.      Defendant has failed or refused to respond to Plaintiff's counsel's attempts to
communicate concerning the issues raised by this Motion.

**B.      DEPOSITION OF DEFENDANT**

1.      Pursuant to Local Rule 30.1, on December 8, 2004 and again on January 7, 2005,
Plaintiff's counsel wrote to Defendant's counsel and requested that Defendant provide dates
upon which Defendant could be available for a deposition in the Seattle or Bothell, Washington
areas (Defendant resides in nearby Arlington, Washington). To date, Defendant has not
responded.

2.      Plaintiff requires Defendant's deposition in order to review, explain and
authenticate materials Defendant has produced and/or will produce or provide in discovery, and
otherwise to prepare its case and prepare to counter Defendant's defenses.

## C.    EXTENSION IN PRETRIAL SCHEDULE

1.    Under the current pretrial schedule in effect, fact discovery in this case is to close March 31, 2005. Motions for summary judgment are not due until June 30, 2005, and trial is set for November 28, 2005.

2.    The period for fact discovery was agreed to by counsel for both parties in a Rule 26(f) conference, and by Plaintiff's counsel, and subsequently ordered by Magistrate Judge Gorman, on the implied premise that Defendant by his counsel would accept and observe Defendant's discovery obligations in this case.

3.    Defendant's failure to accept and observe Defendant's discovery obligations in this case has delayed and wasted valuable and limited time in the period for discovery.

4.    The requested extension will not necessitate a delay in the trial date or other pretrial deadlines in this case.

WHEREFORE, Plaintiff moves for an Order of Court substantially in the form attached hereto as Exhibit E, compelling Defendant to respond to discovery and provide a date certain within 30 days thereafter upon which he will be available for his deposition, and granting a 30-day extension of the time for fact discovery in this case.

Respectfully submitted,

RADIAN COMMUNICATION SERVICES, INC.

BY:    s/William E. Gallagher

William E. Gallagher, Lead Counsel
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6800 telephone
(513) 651-6981 facsimile
wgallagher@fbtlaw.com

-3-

Timothy L. Bertschy
Heyl Royster Voelker & Allen
Bank One Building
Suite 600
124 S.W. Adams Street
Peoria, IL  60602
(309) 676-0400 telephone
(309) 676-3374 facsimile
tbertschy@hrva.com