EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RADIAN COMMUNICATION SERVICES, INC., | ) | |
| Plaintiff, | ) | Case No. 04-1197 |
| v. | ) | Judge Mihm |
| MICHAEL LANDA, d/b/a LANDA AND ASSOCIATES, | ) | |
| Defendant. | ) | |

### ORDER OF COURT

AND NOW, this ____ day of _____, 2005, upon consideration of the Plaintiff's Motion to Compel Discovery Response From Defendant And For Relief From Delay Caused By Defendant, [and any response submitted by Defendant thereto,] with respect to Plaintiff's Combined First Set of Interrogatories and Requests for Production of Documents, IT IS HEREBY ORDERED, AS FOLLOWS:

1)   With respect to the following Requests set forth in Plaintiff's First Combined Set of Interrogatories and Requests for Production of Documents, identified in Plaintiff's Motion to Compel:

Request No. 3: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 6: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

## EXHIBIT E

Request No. 7: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 8: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 9: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 14: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 15: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 21: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 23: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

**EXHIBIT E**

Request No. 24: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 27: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 28: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 29: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 30: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 31: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 32: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

## EXHIBIT E

Request No. 33: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 34: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 35: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 36: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 37: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 39: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

Request No. 40: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

**EXHIBIT E**

  <u>Request No. 42</u>: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

  <u>Request No. 45</u>: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

  <u>Request No. 46</u>: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below; and

  <u>Request No. 47</u>: Defendant's objections are OVERRULED. Defendant shall supplement his response and produce any responsive documents within the time set forth below;

2)  Defendant shall supplement his Response and produce any responsive documents as set forth above within ____ days of the date of this Order, and identify responsive documents he is producing according to the requests to which they are responsive;

3)  If Defendant does not have documents or things responsive to a particular request, his supplementary response pursuant to this Order shall so state;

4)  Defendant shall contact Plaintiff's counsel and provide and agree to a date, reasonably convenient for Plaintiff's counsel, upon which he will be available for a deposition in the Bothell, Washington area within 30 days of the date of his supplementary responses pursuant to Paragraph 2 above; and

5)  The period for fact discovery is extended in this case, and now will end April 30, 2005.

**EXHIBIT E**

-6-

BY THE COURT:

_____
United States District Judge

CinLibrary 1466173v.2