IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RADIAN COMMUNICATION SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 04-1197 |
| ) | |
| v. ) | |
| ) | Judge Mihm |
| MICHAEL LANDA, d/b/a LANDA AND ) | |
| ASSOCIATES, ) | Magistrate Judge Gorman |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S SUBMISSION OF PROPOSED PROTECTIVE ORDER**

Plaintiff, Radian Communication Services, Inc. (hereinafter, "Plaintiff" or "Radian"), by its Lead Counsel, William E. Gallagher of Frost Brown Todd LLC, pursuant to the Court's Order of February 28, 2005, respectfully submits, as Exhibit 1 hereto, the attached PROPOSED PROTECTIVE ORDER.

Lead Counsel for Plaintiff hereby represents to the Court that the attached Exhibit 1 is a "clean" version of the most recent draft of this document that Plaintiff submitted and proposed to counsel for Defendant by Email of October 29, 2004 (Exhibit 2 hereto), prior to their withdrawal from this case, and which Defendant by his counsel rejected. (The word "STIPULATED" has been removed from the document title, as have signature boxes for both parties' attorneys, in Exhibit 1. The draft as actually transmitted in the October 29, 2004 Email communication was a "red-line" version of a "PROPOSED STIPULATED PROTECTIVE ORDER" with formatting to show added material, margin notes showing deleted material, and signature blocks for both parties' attorneys to indicate mutual assent. See Exhibit 2.)

Respectfully submitted,

RADIAN COMMUNICATION SERVICES, INC.


BY: /s/ William E. Gallagher
William E. Gallagher, Lead Counsel
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6800 telephone
(513) 651-6981 facsimile
wgallagher@fbtlaw.com

Timothy L. Bertschy
Heyl Royster Voelker & Allen
Bank One Building
Suite 600
124 S.W. Adams Street
Peoria, IL 60602
(309) 676-0400 telephone
(309) 676-3374 facsimile
tbertschy@hrva.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing SUBMISSION OF PROPOSED PROTECTIVE ORDER and Exhibits 1 and 2 hereto were served upon Mr. Michael Landa, 24728 47th Avenue, N.E. Arlington, Washington, 98223, via U.S. Mail this 3rd day of March, 2005.

/s/ William E. Gallagher