IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RADIAN COMMUNICATION SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) Case No. 04-1197 |
| | ) |
| v. | ) |
| | ) Judge Mihm |
| MICHAEL LANDA, d/b/a LANDA AND ASSOCIATES, | ) |
| | ) Magistrate Judge Gorman |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
AND FOR DEFAULT JUDGMENT AS TO LIABILITY**

Plaintiff, Radian Communication Services, Inc. (hereinafter, "Radian"), by its Lead Counsel, William E. Gallagher of Frost Brown Todd LLC, pursuant to Fed. Rules Civ. P. 37(b)(2), 55(a) and 55(b)(2), and for the reasons and under the authorities set forth in the accompanying Memorandum in Support hereof, hereby moves for entry of default and judgment by default against Defendant, on two separate and independent grounds: (1) Defendant's failure to plead in response to Plaintiff's Second Amended Complaint, and (2) Defendant's failure to obey the Court's Order of February 28, 2005, granting Plaintiff's Motion to Compel Defendant to respond to discovery.

Plaintiff respectfully requests that Defendant be adjudged, by default, liable under each Count alleged in Plaintiff's Second Amended Complaint and Demand for Jury Trial. Pursuant to Fed. R. Civ. P. 55(b)(2), should the Court grant the instant Motion, Plaintiff expects that further proceedings will be necessary to determine the relief to which Plaintiff is entitled pursuant to his liability.

Respectfully submitted,

RADIAN COMMUNICATION SERVICES, INC.


BY: s/ William E. Gallagher
    William E. Gallagher, Lead Counsel
    Frost Brown Todd LLC
    2200 PNC Center
    201 East Fifth Street
    Cincinnati, OH  45202
    (513) 651-6800 telephone
    (513) 651-6981 facsimile
    wgallagher@fbtlaw.com


Timothy L. Bertschy
Heyl Royster Voelker & Allen
Bank One Building
Suite 600
124 S.W. Adams Street
Peoria, IL  60602
(309) 676-0400 telephone
(309) 676-3374 facsimile
tbertschy@hrva.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND FOR DEFAULT JUDGMENT AS TO LIABILITY was served upon Mr. Michael Landa, 24728 47th Avenue, N.E. Arlington, Washington, 98223 , via U.S. Mail this 17th day of March, 2005.


                            s/ William E. Gallagher