<u>**EXHIBIT B**</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RADIAN COMMUNICATION SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 04-1197 |
| ) | |
| v. ) | |
| ) | Judge Mihm |
| MICHAEL LANDA, d/b/a LANDA AND ) | |
| ASSOCIATES, ) | Magistrate Judge Gorman |
| ) | |
| Defendant. ) | |

**DECLARATION OF WILLIAM E. GALLAGHER
IN SUPPORT OF PLAINTIFF'S MOTION FOR
<u>ENTRY OF DEFAULT AND FOR DEFAULT JUDGMENT AS TO LIABILITY</u>**

1. I am William E. Gallagher.

2. I am Lead Counsel for the Plaintiff in the above-captioned action.

3. On February 28, 2005, I caused to be faxed to the number 360-474-8995 the Order and cover letter included in Exhibit A accompanying the instant motion. In a telephone conversation with Defendant, Michael Landa, on an earlier occasion, he gave me this number as his fax number.

4. To date, Defendant Michael Landa has neither telephoned me nor left me a message to return his call, concerning scheduling his deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/17/05                              _____
                                            William E. Gallagher

CinLibrary 1489591v.1