**E-FILED**
Wednesday, 23 March, 2005 02:04:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RADIAN COMMUNICATION SERVICES, INC

      Plaintiff

vs.                             Case No.  04-1197

MICHAEL LANDA

      Defendant

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order.

All timetables and scheduled hearings in this case are cancelled until further notice.

ENTER this 23rd day of March, 2005.

                          s/ John A. Gorman

                          JOHN A. GORMAN
                          UNITED STATES MAGISTRATE JUDGE