E-FILED
Wednesday, 30 March, 2005 12:23:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RADIAN COMMUNICATION SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 04-1197 |
| ) | |
| v. ) | |
| ) | Judge Mihm |
| MICHAEL LANDA, d/b/a LANDA AND ) | |
| ASSOCIATES, ) | Magistrate Judge Gorman |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S AND DEFENDANT'S JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND ORDER OF PERMANENT INJUNCTION

Plaintiff, Radian Communication Services, Inc. (hereinafter, "Radian"), by its Lead Counsel, William E. Gallagher of Frost Brown Todd LLC, and Defendant, Michael Landa, d/b/a Landa and Associates, *pro se*, hereby jointly move the Court to enter the Consent Judgment and Permanent Injunction attached hereto as Exhibit A, pursuant to Paragraph 4 of a written Settlement Agreement and Release into which the parties entered effective March 18, 2005 (a faxed informal version is attached hereto as Exhibit B, and a formal, clean version bearing original signatures on behalf of the parties is attached hereto as Exhibit C).

Respectfully submitted,

*[signature]*

Michael Landa, *Pro Se*
24728 47th Ave. NE
Arlington, WA 98223
(360) 474-8994 telephone
(360) 474-8995 facsimile


LANDA AND ASSOCIATES

By: *[signature]*

Title: Owner

RADIAN COMMUNICATION SERVICES, INC.

BY: *[signature]*
William E. Gallagher, Lead Counsel
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6800 telephone
(513) 651-6981 facsimile
wgallagher@fbtlaw.com


Timothy L. Bertschy
Heyl Royster Voelker & Allen
Bank One Building
Suite 600
124 S.W. Adams Street
Peoria, IL 60602
(309) 676-0400 telephone
(309) 676-3374 facsimile
tbertschy@hrva.com