E-FILED
Wednesday, 30 March, 2005  12:25:09 PM
Clerk, U.S. District Court, ILCD

# Exhibit A

**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RADIAN COMMUNICATION SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 04-1197 |
| ) | |
| v. ) | |
| ) | Judge Mihm |
| MICHAEL LANDA, d/b/a LANDA AND ) | |
| ASSOCIATES, ) | Magistrate Judge Gorman |
| ) | |
| Defendant. ) | |

## CONSENT JUDGMENT AND ORDER OF PERMANENT INJUNCTION

AND NOW, this _____ day of _____, 2005, upon consideration of

PLAINTIFF'S AND DEFENDANT'S JOINT MOTION FOR ENTRY OF CONSENT

JUDGMENT AND ORDER OF PERMANENT INJUNCTION ("Motion"), it appearing that the

parties, Radian Communication Services, Inc. ("Radian"), and Michael Landa d/b/a Landa and

Associates ("Landa") have agreed to settle this action on terms set forth in a written Settlement

Agreement And Release, ("Settlement Agreement"), as evidenced by Exhibits B and C to the

parties' Motion, and which includes agreement to the Court's execution and entry hereof, IT IS

HEREBY ORDERED:

1.     Judgment of liability is entered for the Plaintiff and against the Defendant on each

of the causes of action set forth in Plaintiff's Second Amended Complaint And Demand For Jury

Trial.

2.     Based upon his liability as set forth in Part 1 above, and based upon the terms of

the parties' Settlement Agreement, LANDA IS HEREBY ENJOINED AND ORDERED to,

within 10 days of the date of this Order, at his own effort and expense, take all actions necessary

-1-

**EXHIBIT A**

to effect full and final assignment and transfer of the registrations for the domain names

www.rohntowers.com and www.bxtowers.com to Radian.

    3.      Based upon his liability as set forth in Part 1 above, and based upon the parties'

Settlement Agreement, LANDA IS HEREBY ENJOINED AND ORDERED TO FORTHWITH

CEASE, AND unless and until the Parties shall agree in writing otherwise pursuant to a future

business relationship, for as long as Radian or its successors or assigns remain in the business of

manufacturing, marketing, distributing or selling communications towers and related equipment,

or providing related services, LANDA SHALL NOT ENGAGE IN, directly or indirectly,

himself or through any agents, ANY OF THE FOLLOWING ACTIONS OR CONDUCT:

    3.1.    Any manner of reprinting, republishing, reproducing or copying of any

nature (via print, web page, other electronic file or otherwise) any written, graphic or

photographic materials produced or published by Rohn Industries, Inc., Radian Communication

Services, Inc., Radian Communication Services Corporation, or their predecessors in interest,

including but not limited to materials found on Internet web sites in the past, present or future

maintained by Rohn Industries, Inc., Radian Communication Services, Inc., Radian

Communication Services Corporation or their predecessors in interest;

    3.2.    Any manner of reprinting, republishing, reproducing or copying of any

nature (via print, web page, other electronic file or otherwise), any of the following images or

logos, in whole or in part, in any color or form:

    3.2.1.  (web site menu):

**EXHIBIT A**



3.2.2.   (ROHN Logos):







**EXHIBIT A**

3.2.3.  (BX Towers Logo):

**BX Towers**

3.2.4.  Any other logos or graphic works of any nature produced, published or used by Radian Communication Services, Inc., Radian Communication Services Corp. or Rohn Industries, Inc. or their predecessors in interest;

3.2.5.  Any photographic material produced by Radian Communication Services, Inc., Radian Communication Services Corp., Rohn Industries, Inc. or their predecessors in interest, or appearing in any catalog, brochure or description concerning products or services of Rohn Industries, Inc., Radian Communication Services Corp. or Radian Communication Services, Inc. or their predecessors in interest, in whole or in part;

3.3.  Any use of the phrase "factory direct" (or any words of similar meaning or suggestion) in connection with any products of Radian, ROHN brand products, or BX or BX SERIES brand products, or prices therefor;

3.4.  Any statement or suggestion that Landa is a representative of Rohn Industries, Inc., Radian Communication Services, Inc., Radian Communication Services Corp. or their predecessors in interest, or the sources of new ROHN brand products or services, or BX or BX SERIES brand products;

3.5.  Any statement or suggestion that Landa is an authorized dealer or authorized distributor for Radian or for new ROHN brand products or services, or BX or BX SERIES brand products;

3.6.  Any statement or suggestion that Landa has any affiliation or connection with Rohn Industries, Inc., Radian Communication Services, Inc., Radian Communication

-4-

**EXHIBIT A**

Services Corp. or their predecessors in interest, other than an accurate statement, only to the extent applicable, that Landa may be a purchaser of products from Radian Communication Services, Inc.;

      3.7.    Any statement or suggestion that Landa or Landa and Associates is a "parent company" of "rohntowers.com" or "bxtowers.com", or has any relationship or affiliation with any entity using a domain name or other name containing a recognizable trademark or trade name used by Radian;

      3.8.    Any registration, maintenance or use of any domain name containing the following words, in any order, singular or plural, alone or in combination with other words, marks or punctuation:

              rohn;

              bx;

              bx tower;

              bxtower;

              bx series;

              bxseries;

              ctower;

              gt series;

              gtseries;

              g-series;

              g series;

              gseries;

              80-90 series;

**EXHIBIT A**

80-90series;

20g;

25g;

45g;

55g;

65g;

jtower;

j tower; or

any other word or combination of letters and/or numerals forming a recognizable component of a

registered or common law mark in which Radian Communication Services, Inc., Radian

Communication Services Corp., Rohn Industries, Inc. or any of their predecessors in interest

have established use in commerce prior to any use by Landa;

3.9.    Use of any electronic mail address containing the following words, in any

order, singular or plural, alone or in combination with other words, marks or punctuation:

rohn;

bx;

bx tower;

bxtower;

bx series;

bxseries;

ctower;

gt series;

gtseries;

-6-

**EXHIBIT A**

g-series;

g series;

gseries;

80-90 series;

80-90series;

20g;

25g;

45g;

55g;

65g;

jtower;

j tower; or

any other word or combination of letters and/or numerals forming a recognizable component of a

registered or common law mark in which Radian Communication Services, Inc., Radian

Communication Services Corp., Rohn Industries, Inc. or any of their predecessors in interest

have established use in commerce prior to any use by Landa;

3.10.　　Any use of the words "rohn", "bx", "bx tower" or "bx series", singular or

plural, alone or in combination with other words, marks or punctuation, on any visible surface or

page, in any visual medium, published for purposes of marketing or promotion of products or

services, that is not accompanied by an accurate printed identification of the seller of such

products or services on the same surface or page, of greater prominence in type size and

emphasis than any use of the words "rohn", "bx tower" or "bx series", that makes readily clear to

a reader that the seller is not Radian Communication Services, Inc., Radian Communication

Services Corp., Rohn Industries, Inc. or any entity having any relationship or affiliation with them; and

      3.11.    Creation or any use in commerce of any stylized logo of any nature embodying or incorporating the words "rohn", "bx", "bx tower" or "bx series", or any other word forming a recognizable component of a registered or common law word mark or trade name in which Radian Communication Services, Inc., Radian Communication Services Corp., Rohn Industries, Inc. or any of their predecessors in interest have established use in commerce prior to any use by Landa in whole or in part, in any manner.

      4.    Pursuant to Fed. R. Civ. P. 65(d), the injunction set forth in Parts 2 and 3 above shall be binding upon Defendant Michael Landa and Landa and Associates, and their officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise.

      5.    This Court will have jurisdiction over any action seeking to enforce the terms of the parties' Settlement Agreement, or any action seeking relief or remedies for a breach of the parties' Settlement Agreement.

      6.    All prior motions currently pending in this Action are dismissed as moot in view of this Consent Judgment And Order Of Permanent Injunction.

      7.    This Consent Judgment And Order Of Permanent Injunction is the final judgment of the Court upon each of the Counts set forth in Plaintiff's Second Amended Complaint And Demand For Jury Trial, and upon all of the parties' claims, rights and liabilities presented in this Action, and this Action is concluded and terminated hereby.

      8.    Each party shall bear its/his own costs and attorneys' fees incurred to date in this Action.

**EXHIBIT A**

CONSENTED AND AGREED TO BY THE PARTIES:

RADIAN COMMUNICATION SERVICES, INC.

_____
Michael Landa, *Pro Se*
24728 47th Ave. NE
Arlington, WA  98223
(360) 474-8994 telephone
(360) 474-8995 facsimile

BY: _____
    William E. Gallagher, Lead Counsel
    Frost Brown Todd LLC
    2200 PNC Center
    201 East Fifth Street
    Cincinnati, OH  45202
    (513) 651-6800 telephone
    (513) 651-6981 facsimile
    wgallagher@fbtlaw.com

LANDA AND ASSOCIATES

By: _____

Title: _____

Timothy L. Bertschy
Heyl Royster Voelker & Allen
Bank One Building
Suite 600
124 S.W. Adams Street
Peoria, IL  60602
(309) 676-0400 telephone
(309) 676-3374 facsimile
tbertschy@hrva.com

SO ORDERED.

BY THE COURT:

_____
United States District Judge

CinLibrary 1490234v.1

-9-

# Exhibit B

03/21/2005 13:12 FAX 905 339 4003       RADIAN COMM SRVS CORP                    ☑002

MAR.18.2005  2:03PM   LANDA & ASSOCIATES                         NO.936   P.3/17

Initials
Michael Landa
Radian

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is made and entered, effective this 26th day of January, 2005, by and between the Parties, Radian Communication Services, Inc. ("Radian") and Michael Landa, currently doing business as Landa and Associates (together, "Landa"):

WHEREAS, Radian owns United States Trademark Registrations, Nos. 2,447,915; 2,419,626; 1,804,493; and 0768592 (for the mark ROHN), among other registrations, common law trademark rights in the marks BX, BX SERIES, BX TOWER, CTOWER, GT SERIES TOWERS, 20G, 25G, 45G, 45G, 55G, 65G, and JTOWER, and common law service mark and/or trade name rights in the names ROHN INDUSTRIES, INC. and ROHN, which Radian's assignor Rohn Industries, Inc., its predecessors in interest, and Radian, have used, and which Radian currently uses, in connection with manufacturing, marketing, distributing and selling communications towers and related equipment, and providing related services;

WHEREAS, Landa currently owns or controls domain name registrations for the domain names www.rohntowers.com and www.bxtowers.com, and currently maintains web pages at the Internet addresses www.rohntowers.com and www.bxtowers.com, and Internet web pages at other Internet addresses;

WHEREAS, Radian has sued Landa in the United States District Court for the Central District of Illinois, commencing an action captioned Radian Communications Services, Inc. v. Michael Landa, Civil Action No. 04-1197 (the "Action"), alleging claims for federal trademark infringement, counterfeiting, federal unfair competition, federal "cybersquatting," and violations of the Illinois Business and Trade Practices Laws, relating to Landa's ownership, use and maintenance of the above-referenced domain names and web pages; and

WHEREAS, the Parties desire to avoid the further expense of litigation and settle their dispute on the terms set forth herein.

WHEREFORE, the Parties hereby agree as follows:

1.    Representations and Warranties; Remedy for Breach

1.1.    Representations and Warranties.  Landa hereby represents and warrants that he owns and/or controls the registrations for the domain names www.rohntowers.com and www.bxtowers.com; that he owns and maintains web pages at those Internet addresses; that he has full power and authority to transfer those domain name registrations to Radian; and that there are no Third Parties who have interests or rights not entirely subservient to those of Landa, in such domain name registrations and web pages.

1.2.    Remedy for Breach.  In the event that Landa is in breach of the foregoing Representations and Warranties, such that Landa can not perform his obligations of transfer hereunder, Landa acknowledges and agrees that such a breach would be a failure of a condition

PAGE 3/17 * RCVD AT 3/18/2005 4:20:05 PM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:50 * CSID:300 474 8995 * DURATION (mm-ss):04-58

PAGE 2/10 * RCVD AT 3/21/2005 12:12:58 PM [Eastern Standard Time] * SVR:RIGHTFAX/4 * DNIS:50 * CSID:905 339 4003 * DURATION (mm-ss):03-36

03/21/2005 13:13 FAX 905 339 4003    RADIAN COMM SRVS CORP    ☑003

MAR.18.2005  2:04PM  LANDA & ASSOCIATES                NO.936   P.4/17

Initials:
Michael Landa
Radian

to Radian's obligations hereunder, and a material breach of Landa's obligations hereunder, and that such a breach will relieve Radian of the release granted Landa by Radian, and of any and all other obligations of Radian, hereunder. In the event of such a breach, Landa will be liable for any and all costs and attorneys' fees reasonably necessary for Radian to seek enforcement of its trademark rights and domain name rights as against such Third Parties, without prejudice to any and all other rights Radian may have against Landa for such breach and misrepresentation.

2.    Assignment and Transfer of Domain Names.  Landa hereby assigns ownership of the domain name registrations www.rohntowers.com and www.bxtowers.com to Radian. Within 10 days of the date of this Agreement, at his own effort and expense, Landa will take all actions necessary to effect full and final assignment and transfer of said domain name registrations to Radian.

3.    Cessation, and Covenant to Refrain, from Certain Conduct.  Landa hereby agrees to forthwith cease, and unless and until the Parties shall agree in writing otherwise pursuant to a future business relationship, for as long as Radian or its successors or assigns remain in the business of manufacturing, marketing, distributing or selling communications towers and related equipment, or providing related services, Landa covenants not to engage in, directly or indirectly, himself or through any agents, any of the following actions or conduct:

3.1.    Any manner of reprinting, republishing, reproducing or copying of any nature (via print, web page, other electronic file or otherwise) any written, graphic or photographic materials produced or published by Rohn Industries, Inc., Radian Communication Services, Inc., Radian Communication Services Corporation, or their predecessors in interest, including but not limited to materials found on Internet web sites in the past, present or future maintained by Rohn Industries, Inc., Radian Communication Services, Inc., Radian Communication Services Corporation or their predecessors in interest;

3.2.    Any manner of reprinting, republishing, reproducing or copying of any nature (via print, web page, other electronic file or otherwise), any of the following images or logos, in whole or in part, in any color or form:

3.2.1.    (web site menu):

PAGE 4/17 * RCVD AT 3/18/2005 4:20:05 PM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:50 * CSID:360 474 8995 * DURATION (mm-ss):04-58

PAGE 3/10 * RCVD AT 3/21/2005 12:12:58 PM [Eastern Standard Time] * SVR:RIGHTFAX/4 * DNIS:50 * CSID:905 339 4003 * DURATION (mm-ss):03-36

03/21/2005 13:13 FAX 905 339 4003    RADIAN COMM SRVS CORP    ☒004

MAR.18.2005  2:06PM  LANDA & ASSOCIATES    NO.936  P.11/17

Initials:
Michael Landa
Radian









3.2.2.  (ROHN Logos):

3.2.3.  (BX Towers Logo):

Page 3 of 9

PAGE 11/17 * RCVD AT 3/18/2005 4:20:05 PM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:50 * CSID:360 474 3995 * DURATION (mm-ss):04-58

PAGE 4/10 * RCVD AT 3/21/2005 12:12:58 PM [Eastern Standard Time] * SVR:RIGHTFAX/4 * DNIS:50 * CSID:905 339 4003 * DURATION (mm-ss):03-36

03/21/2005 13:13 FAX 905 339 4003        RADIAN COMM SRVS CORP                    ☑005

MAR.18.2005  2:04PM    LANDA & ASSOCIATES    PAGE 005/010    Fax SeNO.936    P.5/17

Initials:
Michael Landa
Radian

3.2.4.  Any other logos or graphic works of any nature produced, published or used by Radian Communication Services, Inc., Radian Communication Services Corp. or Rohn Industries, Inc. or their predecessors in interest;

3.2.5.  Any photographic material produced by Radian Communication Services, Inc., Radian Communication Services Corp., Rohn Industries, Inc. or their predecessors in interest, or appearing in any catalog, brochure or description concerning products or services of Rohn Industries, Inc., Radian Communication Services Corp. or Radian Communication Services, Inc. or their predecessors in interest, in whole or in part;

3.3.  Any use of the phrase "factory direct" (or any words of similar meaning or suggestion) in connection with any products of Radian, ROHN brand products, or BX or BX SERIES brand products, or prices therefor;

3.4.  Any statement or suggestion that Landa is a representative of Rohn Industries, Inc., Radian Communication Services, Inc., Radian Communication Services Corp. or their predecessors in interest, or the sources of new ROHN brand products or services, or BX or BX SERIES brand products;

3.5.  Any statement or suggestion that Landa is an authorized dealer or authorized distributor for Radian or for new ROHN brand products or services, or BX or BX SERIES brand products;

3.6.  Any statement or suggestion that Landa has any affiliation or connection with Rohn Industries, Inc., Radian Communication Services, Inc., Radian Communication Services Corp. or their predecessors in interest, other than an accurate statement, only to the extent applicable, that Landa may be a purchaser of products from Radian Communication Services, Inc.;

3.7.  Any statement or suggestion that Landa or Landa and Associates is a "parent company" of "rohntowers.com" or "bxtowers.com", or has any relationship or affiliation with any entity using a domain name or other name containing a recognizable trademark or trade name used by Radian;

3.8.  Any registration, maintenance or use of any domain name containing the following words, in any order, singular or plural, alone or in combination with other words, marks or punctuation:

rohn;

bx;

bx tower;

bxtower;

bx series;

Page 4 of 9

PAGE 5/17 * RCVD AT 3/18/2005 4:20:05 PM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:50 * CSID:360 474 8995 * DURATION (mm-ss):04-58

PAGE 5/10 * RCVD AT 3/21/2005 12:12:58 PM [Eastern Standard Time] * SVR:RIGHTFAX/4 * DNIS:50 * CSID:905 339 4003 * DURATION (mm-ss):03-36

03/21/2005 13:14 FAX 905 339 4003          RADIAN COMM SRVS CORP                          ☒006

⌐MAR.18.2005¹  2:04PM    LANDA & ASSOCIATES    PAGE 006/010    Fax Serⁿ°.336    P.6/17

Initiap:
Michael Landa
Radian

bxseries;

ctower;

gt series;

gtseries;

g-series;

g series;

gseries;

80-90 series;

80-90series;

20g;

25g;

45g;

55g;

65g;

jtower;

j tower; or

any other word or combination of letters and/or numerals forming a recognizable component of a
registered or common law mark in which Radian Communication Services, Inc., Radian
Communication Services Corp., Rohn Industries, Inc. or any of their predecessors in interest
have established use in commerce prior to any use by Landa;

    3.9.   Use of any electronic mail address containing the following words, in any
order, singular or plural, alone or in combination with other words, marks or punctuation:

rohn;

bx;

bx tower;

bxtower;

bx series;

Page 5 of 9

PAGE 6/17 * RCVD AT 3/18/2005 4:20:05 PM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:50 * CSID:360 474 9995 * DURATION (mm-ss):04-58

PAGE 6/10 * RCVD AT 3/21/2005 12:12:58 PM [Eastern Standard Time] * SVR:RIGHTFAX/4 * DNIS:50 * CSID:905 339 4003 * DURATION (mm-ss):03-36

03/21/2005  13:14 FAX 905 339 4003        RADIAN COMM SRVS CORP                    007

'MAR.18.2005'  2:04PM    LANDA & ASSOCIATES    PAGE 007/010 · Fax Se NO.936    P.7/17

Initials:
Michael Landa
Radian

bxseries;

ctower;

gt series;

gtseries;

g-series;

g series;

gseries;

80-90 series;

80-90series;

20g;

25g;

45g;

55g;

65g;

jtower;

j tower; or

any other word or combination of letters and/or numerals forming a recognizable component of a registered or common law mark in which Radian Communication Services, Inc., Radian Communication Services Corp., Rohn Industries, Inc. or any of their predecessors in interest have established use in commerce prior to any use by Landa;

3.10.   Any use of the words "rohn", "bx", "bx tower" or "bx series", singular or plural, alone or in combination with other words, marks or punctuation, on any visible surface or page, in any visual medium, published for purposes of marketing or promotion of products or services, that is not accompanied by an accurate printed identification of the seller of such products or services on the same surface or page, of greater prominence in type size and emphasis than any use of the words "rohn", "bx tower" or "bx series", that makes readily clear to a reader that the seller is not Radian Communication Services, Inc., Radian Communication Services Corp., Rohn Industries, Inc. or any entity having any relationship or affiliation with them; and

PAGE 7/17 * RCVD AT 3/18/2005 4:20:05 PM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:50 * CSID:360 474 8995 * DURATION (mm-ss):04-58

PAGE 7/10 * RCVD AT 3/21/2005 12:12:58 PM [Eastern Standard Time] * SVR:RIGHTFAX/4 * DNIS:50 * CSID:905 339 4003 * DURATION (mm-ss):03-36

Initials:
Michael Landa
Radian



3.11.   Creation or any use in commerce of any stylized logo of any nature embodying or incorporating the words "rohn", "bx", "bx tower" or "bx series", or any other word forming a recognizable component of a registered or common law word mark or trade name in which Radian Communication Services, Inc., Radian Communication Services Corp., Rohn Industries, Inc. or any of their predecessors in interest have established use in commerce prior to any use by Landa in whole or in part, in any manner.

4.   Consent to Judgment and Permanent Injunction.  Landa hereby consents and agrees to the entry of a judgment and permanent injunction by the Court in the Action, binding upon Landa, Landa and Associates, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of the order of injunction by personal service or otherwise, effecting the provisions of Parts 2 and 3 above (including all subparts), in connection with the Court's disposition of the Action. Landa agrees to forthwith execute any and all papers appropriate and/or necessary to effect such consent and the Court's entry of such judgment and permanent injunction.

5.   Acknowledgment of Irreparable Harm.  Landa acknowledges, agrees and admits that any breach by him of the provisions of Parts 2 and 3 above (including all subparts) would present the imminent threat of immediate and irreparable harm to Radian, and therefore, that Radian would not be required to prove the same as a condition for obtaining injunctive relief, by way of specific enforcement or otherwise.

6.   Liability for Costs and Attorneys' Fees for Breach Hereof.  In the event Landa breaches the terms of either of Parts 2 or 3 above (including all subparts) and/or violates the permanent injunction to which Landa has consented in Part 4 above, Landa will be liable for any and all costs and attorneys' fees reasonably incurred by Radian in seeking enforcement hereof.

7.   Releases.

7.1.   By Radian.  In consideration of Landa's entry into this Agreement, and subject to the condition that there is no breach by Landa of the Representations and Warranties set forth in Part 1, Radian hereby forever releases and discharges Landa from any and all claims and rights it may have against Landa for any conduct or events occurring prior to the date of this Agreement.

7.2.   By Landa.  In consideration of Radian's entry into this Agreement, Landa hereby forever releases and discharges Radian from any an all claims and rights he may have against Radian for any conduct or events occurring prior to the date of this Agreement.

8.   Jurisdiction and Venue for Enforcement.  The United States District Court for the Central District of Illinois will have non-exclusive jurisdiction over any action seeking enforcement of this Agreement.  The Parties hereby consent and submit to said Court's exercise of personal jurisdiction over them for purposes of any such action.  The Parties hereby agree that venue for any such action would be proper in said Court.  The Parties hereby waive any and all objections and defenses they may have to any such action as may be filed in said Court, based on

Page 7 of 9

PAGE 8/17 * RCVD AT 3/18/2005 4:20:05 PM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:50 * CSID:360 474 8995 * DURATION (mm-ss):04-58

PAGE 8/10 * RCVD AT 3/21/2005 12:12:58 PM [Eastern Standard Time] * SVR:RIGHTFAX/4 * DNIS:50 * CSID:905 339 4003 * DURATION (mm-ss):03-36

03/21/2005 13:15 FAX 905 339 4003       RADIAN COMM SRVS CORP                      Ø009

MAR.18.2005  2:05PM    LANDA & ASSOCIATES    PAGE 009/010    Fax Se NO.336    P.9/17



Initials:
Michael Landa
Radian

allegations of lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, or inconvenience of forum (*forum non conveniens*).

9.   Non-Disparagement. Radian shall make no statements or comments of any nature criticizing or disparaging Landa, Landa's employees, or Landa's products or services. Landa shall make no statements or comments of any nature criticizing or disparaging Radian, Radian's employees, agents, representatives, distributors, or dealers, or any of their products or services.

10.   Successors and Assigns. This Agreement shall be binding upon, and shall inure to the benefit of, the Parties hereto, and their successors and assigns.

11.   No Waiver. Any failure by Radian to seek enforcement of the terms set forth in this Agreement or the injunction to which the Parties have agreed, will not be deemed a waiver of Radian's rights under this Agreement or under such injunction, nor will any such failure be a basis for a defense of license, estoppel, acquiescence or laches.

12.   Interpretation. The Parties each acknowledge that each has had a full and fair opportunity to seek advice of counsel in connection with the drafting of this Agreement, and agree that no rule of contract construction or interpretation, whereby the interpretation or construction of this Agreement is governed or affected based upon the identity of the drafter, may be invoked or applied in any way.

13.   Choice of Law. The law of the State of Illinois will govern in any action seeking interpretation, construction, enforcement or remedies for breach of this Agreement.

14.   Entire Agreement. This is the entire agreement of the Parties hereto concerning the subject matter hereof, and there are no other terms, provisions or agreements between the Parties concerning the subject matter hereof that are not superseded and rendered inoperable hereby. This Agreement may only be modified by a subsequent agreement reduced to a writing signed by authorized representatives of all Parties hereto.


[SIGNATURE PAGE IMMEDIATELY FOLLOWS.]

PAGE 9/17 * RCVD AT 3/18/2005 4:20:05 PM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:50 * CSID:360 474 8985 * DURATION (mm-ss):04-58

PAGE 9/10 * RCVD AT 3/21/2005 12:12:58 PM [Eastern Standard Time] * SVR:RIGHTFAX/4 * DNIS:50 * CSID:905 339 4003 * DURATION (mm-ss):03-36

MAR.18.2005   2:07PM   LANDA & ASSOCIATES                    NO.936   P.17/17

Initials:
Michael Landa 
Radian

ACCEPTED AND AGREED by the Parties as of the date set forth above:

LANDA AND ASSOCIATES                    RADIAN COMMUNICATION SERVICES, INC.

By: _Michael Landa_                     By: _Bwiniedafal_

Title: _Owner Landa and associates_     Title: _VP, Business Development_


Michael Landa

1472380.1

Page 9 of 9
PAGE 17/17 * RCVD AT 3/18/2005 4:20:05 PM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:50 * CSID:360 474 8995 * DURATION (mm-ss):04-58

PAGE 10/10 * RCVD AT 3/21/2005 12:12:58 PM [Eastern Standard Time] * SVR:RIGHTFAX/4 * DNIS:50 * CSID:905 339 4003 * DURATION (mm-ss):03-36

# Exhibit C

Initials:
Michael Landa
Radian 

# SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is made and entered, effective this 18th day of March, 2005, by and between the Parties, Radian Communication Services, Inc. ("Radian") and Michael Landa, currently doing business as Landa and Associates (together, "Landa"):

WHEREAS, Radian owns United States Trademark Registrations, Nos. 2,447,915; 2,419,626; 1,804,493; and 0768592 (for the mark ROHN), among other registrations, common law trademark rights in the marks BX, BX SERIES, BX TOWER, CTOWER, GT SERIES TOWERS, 20G, 25G, 45G, 45G, 55G, 65G, and JTOWER, and common law service mark and/or trade name rights in the names ROHN INDUSTRIES, INC. and ROHN, which Radian's assignor Rohn Industries, Inc., its predecessors in interest, and Radian, have used, and which Radian currently uses, in connection with manufacturing, marketing, distributing and selling communications towers and related equipment, and providing related services;

WHEREAS, Landa currently owns or controls domain name registrations for the domain names www.rohntowers.com and www.bxtowers.com, and currently maintains web pages at the Internet addresses www.rohntowers.com and www.bxtowers.com, and Internet web pages at other Internet addresses;

WHEREAS, Radian has sued Landa in the United States District Court for the Central District of Illinois, commencing an action captioned Radian Communications Services, Inc. v. Michael Landa, Civil Action No. 04-1197 (the "Action"), alleging claims for federal trademark infringement, counterfeiting, federal unfair competition, federal "cybersquatting," and violations of the Illinois Business and Trade Practices Laws, relating to Landa's ownership, use and maintenance of the above-referenced domain names and web pages; and

WHEREAS, the Parties desire to avoid the further expense of litigation and settle their dispute on the terms set forth herein.

WHEREFORE, the Parties hereby agree as follows:

1.    Representations and Warranties; Remedy for Breach

1.1.    Representations and Warranties.  Landa hereby represents and warrants that he owns and/or controls the registrations for the domain names www.rohntowers.com and www.bxtowers.com; that he owns and maintains web pages at those Internet addresses; that he has full power and authority to transfer those domain name registrations to Radian; and that there are no Third Parties who have interests or rights not entirely subservient to those of Landa, in such domain name registrations and web pages.

1.2.    Remedy for Breach.  In the event that Landa is in breach of the foregoing Representations and Warranties, such that Landa can not perform his obligations of transfer hereunder, Landa acknowledges and agrees that such a breach would be a failure of a condition

Initials:
Michael Landa _____
Radian _____

to Radian's obligations hereunder, and a material breach of Landa's obligations hereunder, and that such a breach will relieve Radian of the release granted Landa by Radian, and of any and all other obligations of Radian, hereunder.  In the event of such a breach, Landa will be liable for any and all costs and attorneys' fees reasonably necessary for Radian to seek enforcement of its trademark rights and domain name rights as against such Third Parties, without prejudice to any and all other rights Radian may have against Landa for such breach and misrepresentation.

2.    <u>Assignment and Transfer of Domain Names</u>.  Landa hereby assigns ownership of the domain name registrations www.rohntowers.com and www.bxtowers.com to Radian.  Within 10 days of the date of this Agreement, at his own effort and expense, Landa will take all actions necessary to effect full and final assignment and transfer of said domain name registrations to Radian.

3.    <u>Cessation, and Covenant to Refrain, from Certain Conduct</u>.  Landa hereby agrees to forthwith cease, and unless and until the Parties shall agree in writing otherwise pursuant to a future business relationship, for as long as Radian or its successors or assigns remain in the business of manufacturing, marketing, distributing or selling communications towers and related equipment, or providing related services, Landa covenants not to engage in, directly or indirectly, himself or through any agents, any of the following actions or conduct:

3.1.    Any manner of reprinting, republishing, reproducing or copying of any nature (via print, web page, other electronic file or otherwise) any written, graphic or photographic materials produced or published by Rohn Industries, Inc., Radian Communication Services, Inc., Radian Communication Services Corporation, or their predecessors in interest, including but not limited to materials found on Internet web sites in the past, present or future maintained by Rohn Industries, Inc., Radian Communication Services, Inc., Radian Communication Services Corporation or their predecessors in interest;

3.2.    Any manner of reprinting, republishing, reproducing or copying of any nature (via print, web page, other electronic file or otherwise), any of the following images or logos, in whole or in part, in any color or form:

3.2.1.   (web site menu):

Initials:
Michael Landa
Radian



3.2.2.  (ROHN Logos):



3.2.3.  (BX Towers Logo):



3.2.4.   Any other logos or graphic works of any nature produced, published or used by Radian Communication Services, Inc., Radian Communication Services Corp. or Rohn Industries, Inc. or their predecessors in interest;

3.2.5.   Any photographic material produced by Radian Communication Services, Inc., Radian Communication Services Corp., Rohn Industries, Inc. or their predecessors in interest, or appearing in any catalog, brochure or description concerning products or services of Rohn Industries, Inc., Radian Communication Services Corp. or Radian Communication Services, Inc. or their predecessors in interest, in whole or in part;

3.3.   Any use of the phrase "factory direct" (or any words of similar meaning or suggestion) in connection with any products of Radian, ROHN brand products, or BX or BX SERIES brand products, or prices therefor;

3.4.   Any statement or suggestion that Landa is a representative of Rohn Industries, Inc., Radian Communication Services, Inc., Radian Communication Services Corp. or their predecessors in interest, or the sources of new ROHN brand products or services, or BX or BX SERIES brand products;

3.5.   Any statement or suggestion that Landa is an authorized dealer or authorized distributor for Radian or for new ROHN brand products or services, or BX or BX SERIES brand products;

3.6.   Any statement or suggestion that Landa has any affiliation or connection with Rohn Industries, Inc., Radian Communication Services, Inc., Radian Communication Services Corp. or their predecessors in interest, other than an accurate statement, only to the extent applicable, that Landa may be a purchaser of products from Radian Communication Services, Inc.;

3.7.   Any statement or suggestion that Landa or Landa and Associates is a "parent company" of "rohntowers.com" or "bxtowers.com", or has any relationship or affiliation with any entity using a domain name or other name containing a recognizable trademark or trade name used by Radian;

3.8.   Any registration, maintenance or use of any domain name containing the following words, in any order, singular or plural, alone or in combination with other words, marks or punctuation:

rohn;

bx;

bx tower;

bxtower;

bx series;

Initials:
Michael Landa _____
Radian _____

bxseries;

ctower;

gt series;

gtseries;

g-series;

g series;

gseries;

80-90 series;

80-90series;

20g;

25g;

45g;

55g;

65g;

jtower;

j tower; or

any other word or combination of letters and/or numerals forming a recognizable component of a registered or common law mark in which Radian Communication Services, Inc., Radian Communication Services Corp., Rohn Industries, Inc. or any of their predecessors in interest have established use in commerce prior to any use by Landa;

      3.9.    Use of any electronic mail address containing the following words, in any order, singular or plural, alone or in combination with other words, marks or punctuation:

rohn;

bx;

bx tower;

bxtower;

bx series;

Initials:
Michael Landa _____
Radian _____ 

bxseries;

ctower;

gt series;

gtseries;

g-series;

g series;

gseries;

80-90 series;

80-90series;

20g;

25g;

45g;

55g;

65g;

jtower;

j tower; or

any other word or combination of letters and/or numerals forming a recognizable component of a registered or common law mark in which Radian Communication Services, Inc., Radian Communication Services Corp., Rohn Industries, Inc. or any of their predecessors in interest have established use in commerce prior to any use by Landa;

 3.10. Any use of the words "rohn", "bx", "bx tower" or "bx series", singular or plural, alone or in combination with other words, marks or punctuation, on any visible surface or page, in any visual medium, published for purposes of marketing or promotion of products or services, that is not accompanied by an accurate printed identification of the seller of such products or services on the same surface or page, of greater prominence in type size and emphasis than any use of the words "rohn", "bx tower" or "bx series", that makes readily clear to a reader that the seller is not Radian Communication Services, Inc., Radian Communication Services Corp., Rohn Industries, Inc. or any entity having any relationship or affiliation with them; and

3.11.   Creation or any use in commerce of any stylized logo of any nature embodying or incorporating the words "rohn", "bx", "bx tower" or "bx series", or any other word forming a recognizable component of a registered or common law word mark or trade name in which Radian Communication Services, Inc., Radian Communication Services Corp., Rohn Industries, Inc. or any of their predecessors in interest have established use in commerce prior to any use by Landa in whole or in part, in any manner.

4.    <u>Consent to Judgment and Permanent Injunction</u>.  Landa hereby consents and agrees to the entry of a judgment and permanent injunction by the Court in the Action, binding upon Landa, Landa and Associates, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of the order of injunction by personal service or otherwise, effecting the provisions of Parts 2 and 3 above (including all subparts), in connection with the Court's disposition of the Action.  Landa agrees to forthwith execute any and all papers appropriate and/or necessary to effect such consent and the Court's entry of such judgment and permanent injunction.

5.    <u>Acknowledgement of Irreparable Harm</u>.  Landa acknowledges, agrees and admits that any breach by him of the provisions of Parts 2 and 3 above (including all subparts) would present the imminent threat of immediate and irreparable harm to Radian, and therefore, that Radian would not be required to prove the same as a condition for obtaining injunctive relief, by way of specific enforcement or otherwise.

6.    <u>Liability for Costs and Attorneys' Fees for Breach Hereof</u>.  In the event Landa breaches the terms of either of Parts 2 or 3 above (including all subparts) and/or violates the permanent injunction to which Landa has consented in Part 4 above, Landa will be liable for any and all costs and attorneys' fees reasonably incurred by Radian in seeking enforcement hereof.

7.    <u>Releases</u>.

7.1.    <u>By Radian</u>.  In consideration of Landa's entry into this Agreement, and subject to the condition that there is no breach by Landa of the Representations and Warranties set forth in Part 1, Radian hereby forever releases and discharges Landa from any and all claims and rights it may have against Landa for any conduct or events occurring prior to the date of this Agreement.

7.2.    <u>By Landa</u>.  In consideration of Radian's entry into this Agreement, Landa hereby forever releases and discharges Radian from any an all claims and rights he may have against Radian for any conduct or events occurring prior to the date of this Agreement.

8.    <u>Jurisdiction and Venue for Enforcement</u>.  The United States District Court for the Central District of Illinois will have non-exclusive jurisdiction over any action seeking enforcement of this Agreement.  The Parties hereby consent and submit to said Court's exercise of personal jurisdiction over them for purposes of any such action.  The Parties hereby agree that venue for any such action would be proper in said Court.  The Parties hereby waive any and all objections and defenses they may have to any such action as may be filed in said Court, based on

Initials:
Michael Landa
Radian 

allegations of lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, or inconvenience of forum (*forum non conveniens*).

9.  <u>Non-Disparagement</u>.  Radian shall make no statements or comments of any nature criticizing or disparaging Landa, Landa's employees, or Landa's products or services.  Landa shall make no statements or comments of any nature criticizing or disparaging Radian, Radian's employees, agents, representatives, distributors, or dealers, or any of their products or services.

10.  <u>Successors and Assigns</u>.  This Agreement shall be binding upon, and shall inure to the benefit of, the Parties hereto, and their successors and assigns.

11.  <u>No Waiver</u>.  Any failure by Radian to seek enforcement of the terms set forth in this Agreement or the injunction to which the Parties have agreed, will not be deemed a waiver of Radian's rights under this Agreement or under such injunction, nor will any such failure be a basis for a defense of license, estoppel, acquiescence or laches.

12.  <u>Interpretation</u>.  The Parties each acknowledge that each has had a full and fair opportunity to seek advice of counsel in connection with the drafting of this Agreement, and agree that no rule of contract construction or interpretation, whereby the interpretation or construction of this Agreement is governed or affected based upon the identity of the drafter, may be invoked or applied in any way.

13.  <u>Choice of Law</u>.  The law of the State of Illinois will govern in any action seeking interpretation, construction, enforcement or remedies for breach of this Agreement.

14.  <u>Entire Agreement</u>.  This is the entire agreement of the Parties hereto concerning the subject matter hereof, and there are no other terms, provisions or agreements between the Parties concerning the subject matter hereof that are not superseded and rendered inoperable hereby.  This Agreement may only be modified by a subsequent agreement reduced to a writing signed by authorized representatives of all Parties hereto.

[SIGNATURE PAGE IMMEDIATELY FOLLOWS.]

Initials:
Michael Landa _____
Radian _____

ACCEPTED AND AGREED by the Parties as of the date set forth above:

LANDA AND ASSOCIATES

By: _____

Title: _____

RADIAN COMMUNICATION SERVICES, INC.

By: _____

Title: VP, Business Development

_____
Michael Landa

1472380.1